**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6115**

———————

ROBERT E. PLATSHORN,

Petitioner - Appellant,

versus

JOHN HAHN, Warden, FCI, Petersburg; UNITED
STATES PAROLE COMMISSION,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior
District Judge. (CA-96-449)

———————

Submitted: December 30, 1998          Decided: January 15, 1999

———————

Before WILKINS and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Peter Buscemi, MORGAN, LEWIS & BOCKIUS, Washington, D.C., for Ap-
pellant. Debra Jean Prillaman, Assistant United States Attorney,
Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. Platshorn appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Platshorn v. Hahn, No. CA-96-449 (E.D. Va. Dec. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED